JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON PITTS,<br><br>    Petitioner,<br><br>v.<br><br>DANIEL PARAMO,<br><br>    Respondent. | CASE NO. 2:18-cv-04099-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Untimely, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: July 12, 2018

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE